LAURIE B. WILLIAMS, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 10/20/2014

CASE NO: 10-13694-13 DATE FILED: 10/28/2010 CONFIRMED: 02/09/2011

BERRY, RICHARD T
9230 BEDELL
WICHITA, KS 67207

ATTORNEY: MARK J LAZZO
ATTORNEY AT LAW
3500 N ROCK RD BLDG 300 #B
WICHITA, KS 67226-1341

400.00 MONTHLY

Employer: USD 259 WICHITA Joint Debtor Employer:

PAYMENTS/ABATEMENTS

| Due Dates | Amount | |
|---|---|---|
| 12/28/2010 to 09/28/2012 | 0.00 | Monthly Payment Debtor |
| 09/28/2012 to 09/28/2012 | 7,015.56 | One-time Payment Debtor |
| 10/28/2012 to 00/0000 | 400.00 | Monthly Payment Debtor |

TOTAL PAYMENTS DUE: 17,015.56

AMOUNT BEHIND: 1,507.48

PAYMENTS RECEIVED IN PAST 6 MONTHS

| Date | Source | Number | Amount |
|---|---|---|---|
| 10/15/14 | USD 259 | 407942 | 184.62 |
| 09/30/14 | USD 259 | 407361 | 184.62 |
| 09/16/14 | USD 259 | 406236 | 184.62 |
| 09/03/14 | USD 259 | 405913 | 184.62 |
| 06/20/14 | USD 259 | 404129 | 184.62 |
| 06/09/14 | USD 259 | 403152 | 184.62 |
| 05/28/14 | USD 259 | 402034 | 184.62 |
| 05/13/14 | USD 259 | 401483 | 184.62 |
| 04/29/14 | USD 259 | 400929 | 184.62 |

TOTAL PAYMENTS RECEIVED: 15,508.08

CASE TYPE: BASE: 19,415.56

ESTIMATED AMOUNT NEEDED TO COMPLETE BASE: 3,907.48
ESTIMATED NUMBER OF MONTHS REMAINING: (10 LEFT)

CLAIMS FILED

| CLAIM NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS / PAY% | INT. RATE / INT. BEGIN | FIX PAY / ARREARS | LAST DISB | CLAIM AMT / TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| 001 | FINANCECO OF KANSAS | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 18,215.63<br>18,215.63 | 0.00<br>0.00 | 18,215.63<br>0.00 |
| 002 | JEFFERSON CAPITAL SYSTEMS<br>RJM ASSGD TO JEFFERSON | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 1,102.97<br>1,102.97 | 0.00<br>0.00 | 1,102.97<br>0.00 |
| 003 | JEFFERSON CAPITAL SYSTEMS<br>ALL STAR CASH ADVANCE | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 105.00<br>105.00 | 0.00<br>0.00 | 105.00<br>0.00 |
| 004 | SEDGWICK COUNTY EMS | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 521.00<br>521.00 | 0.00<br>0.00 | 521.00<br>0.00 |
| 005 | CAPITAL ONE BANK | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 10,239.28<br>10,239.28 | 0.00<br>0.00 | 10,239.28<br>0.00 |
| 006 | ASSET ACCEPTANCE CORP<br>SOUTHWESTERN BELL | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 1,681.00<br>1,681.00 | 0.00<br>0.00 | 1,681.00<br>0.00 |
| 007 | ASSET ACCEPTANCE CORP<br>HOUSEHOLD ARBOR | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 1,232.07<br>1,232.07 | 0.00<br>0.00 | 1,232.07<br>0.00 |
| 008 | ASSET ACCEPTANCE CORP<br>SOUTHWESTERN BELL | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 584.06<br>584.06 | 0.00<br>0.00 | 584.06<br>0.00 |
| 009 | KANSAS GAS SERVICE | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 2,519.79<br>2,519.79 | 0.00<br>0.00 | 2,519.79<br>0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES<br>BANK OF MARIN | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 694.26<br>694.26 | 0.00<br>0.00 | 694.26<br>0.00 |
| 011 | KANSAS DEPARTMENT OF REVENUE<br>99-07 & 09 INCOME TAXES | PRO | PRI<br>100.0000 | | 0.00<br>0.00 | 10/2014 | 1,201.20<br>1,201.20 | 20.26<br>0.00 | 1,180.94<br>0.00 |
| 011 | KANSAS DEPARTMENT OF REVENUE<br>PENALTIES | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 11,920.03<br>11,920.03 | 0.00<br>0.00 | 11,920.03<br>0.00 |
| 012 | JEFFERSON CAPITAL SYSTEMS<br>ADVANCE AMERICA | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 575.00<br>575.00 | 0.00<br>0.00 | 575.00<br>0.00 |
| 013 | INTERNAL REVENUE SERVICE<br>99-01 INCOME TAXES | PRO | SEC<br>100.0000 | 4.7500<br>10/28/2010 | 0.00<br>0.00 | 10/2014 | 10,653.00<br>10,653.00 | 10,653.00<br>1,289.98 | 0.00<br>0.00 |
| 013 | INTERNAL REVENUE SERVICE<br>01 & 03-06 INCOME TAXES | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 19,911.95<br>19,911.95 | 0.00<br>0.00 | 19,911.95<br>0.00 |
| 013 | INTERNAL REVENUE SERVICE<br>07-09 INCOME TAXES | PRO | PRI<br>100.0000 | | 0.00<br>0.00 | 10/2014 | 2,863.31<br>2,863.31 | 48.28<br>0.00 | 2,815.03<br>0.00 |
| 014 | WESTAR ENERGY | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 1,543.40<br>1,543.40 | 0.00<br>0.00 | 1,543.40<br>0.00 |
| 015 | LVNV FUNDING<br>PROVIDIAN | PRO | UNS<br>100.0000 | | 0.00<br>0.00 | | 3,495.01<br>3,495.01 | 0.00<br>0.00 | 3,495.01<br>0.00 |
| 777 | DEBTOR | PRO-I | REF<br>100.0000 | | 0.00<br>0.00 | | Continuing<br>Continuing | 0.00<br>0.00 | Closed |
| 799 | MARK J LAZZO<br>ATTORNEY OF RECORD | FIX | ATY<br>100.0000 | | 139.00<br>0.00 | 07/2012 | 2,774.00<br>2,774.00 | 2,774.00<br>0.00 | 0.00<br>0.00 |
| 799C | MARK J LAZZO | PRO-A | ATY<br>100.0000 | | 0.00<br>0.00 | | 350.00<br>350.00 | 0.00<br>0.00 | 350.00<br>0.00 |
| 881 | LAURIE B WILLIAMS TRUSTEE | PRO | SPC<br>100.0000 | | 0.00<br>0.00 | | | 0.00<br>0.00 | 0.00<br>0.00 |

LAURIE B. WILLIAMS, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 10/20/2014

CASE NO: 10-13694-13 DATE FILED: 10/28/2010 CONFIRMED: 02/09/2011

BERRY, RICHARD T ATTORNEY: MARK J LAZZO 400.00 MONTHLY

CLAIMS FILED

| CLAIM NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS / PAY% | INT. RATE / INT. BEGIN | FIX PAY / ARREARS | LAST DISB | CLAIM AMT / TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| F1 | CLERK OF THE BANKRUPTCY COURT | PRO | SPC<br>100.0000 | | 0.00<br>0.00 | | | 0.00<br>0.00 | 0.00<br>0.00 |
| | Trustee Administrative Fees | | | | | | 722.56 | 722.56 | |
| | | | TOTALS: | | 139.00<br>0.00 | | 92,904.52<br>92,904.52 | 14,218.10<br>1,289.98 | 78,686.42<br>0.00 |

DISTRIBUTION SUMMARY TO DATE

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| AMT TO BE PAID: | 0.00 | 3,124.00 | 4,064.51 | 10,653.00 | 74,340.45 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 2,774.00 | 68.54 | 10,653.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 350.00 | 3,995.97 | 0.00 | 74,340.45 | 0.00 | DUE CREDITORS: | 78,686.42 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 3,967.38 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 0.00 |
| BALANCE DUE: | 0.00 | 350.00 | 3,995.97 | 0.00 | 74,340.45 | 0.00 | APPROX BALANCE: | 82,653.80 |