IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

*Electronically Filed*

| | | |
|---|---|---|
| In re: RICHARD T BERRY | ) | Case no. 10–13694 |
| | ) | Chapter 13 |
| Debtor(s) | ) | |

NOTICE OF FILING OF THE TRUSTEE'S
FINAL REPORT AND ACCOUNT WITH OBJECTION DEADLINE

COMES NOW Laurie B. Williams, Standing Chapter 13 Trustee, in the above case and gives notice of the filing of the Trustee's Final Report and Account. The Trustee has filed with the Clerk of the US Bankruptcy Court the full Final Report and Account, which report is available for review by any interested party or creditor at the US Bankruptcy Court Clerk's Office, 401 N Market, Room 167, Wichita, KS. A summary of the Trustee's Final Report and Account is attached hereto.

NOTICE IS HEREBY GIVEN if no objection to the Chapter 13 Trustee's Final Report and Account is filed with the Clerk of the Bankruptcy Court, 401 N Market, Room 167, Wichita, KS, on or before November 10, 2015, the Court shall enter the Final Decree and close the case.

If a written objection is timely filed, a hearing will be held in the United States Bankruptcy Court, 401 N Market, Room 150, Wichita, KS on December 9, 2015 at 10:30 am., or as soon thereafter as the Court may reach the case.

No hearing will be held unless an objection is timely filed with the Court.

*s/Laurie B. Williams*

Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
bwsig@wichita13trustee.com
(316) 267-1791

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Filing of the Trustee's Final Report and Account with Objection Deadline together with a Summary of the Final Report and Account was sent to the debtor's attorney and the US Trustee via the CM/ECF system of the United States Bankruptcy Court for the District of Kansas and was mailed by US Mail, postage prepaid, on October 9, 2015, properly addressed to all creditors who filed claims, and to each of the following:

RICHARD T BERRY
9230 BEDELL
WICHITA, KS 67207

MARK J LAZZO
ATTORNEY AT LAW
3500 N ROCK RD BLDG 300 #B
WICHITA, KS 67226-1341

*s/Amanda E. Forbes*

Amanda E. Forbes, Claim Administrator